# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV211-1-T
## (1:05CR274 -T)

| | |
|---|---|
| **ALVARO CHERNEZ-VITERI,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

For the reasons stated in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Petitioner's motion to vacate, set aside, or correct judgment pursuant to 28 U.S.C. § 2255 is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's conviction and sentence are hereby **VACATED** and his guilty plea to Count Two is deemed withdrawn.

**IT IS FURTHER ORDERED** that this matter be returned to the Court's active docket and scheduled for trial during the September 2008 term in the Asheville Division.

2

Signed: July 25, 2008

*[signature]*

Lacy H. Thornburg
United States District Judge